there is no error of law in the judgment complained of.

■

259 So.2d 336

**Albert V. RICH et al.**

**v.**

**Wade O. MARTIN, Jr., et al.**

No. 51978.

Dec. 13, 1971.

Relator has favorable mandamus judgments in both courts ordering his name to be placed on the ballot at the State General Election in February, 1972. He complains only that we should review the court of appeal judgment so that it may become executory. The relator is fully protected under R.S. 18:631, R.S. 18:362. See last sentence.

■

259 So.2d 336

**J. L. BOURQUE**

**v.**

**Roy HURD and F. J. JACOBS.**

No. 52320.

March 30, 1972.

the judgment complained of is not final. There is an adequate remedy by appeal.